☒ FILED    ☐ LODGED

**Apr 27 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# RETURN

Case No.:    23-02684MB

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| April 27, 2023 | April 27, 2023 12:20 PM | N/A |

INVENTORY MADE IN THE PRESENCE OF

N/A

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Electronically stored data.

## NOT EXECUTED

☐    This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 4/27/2023

BRADLEY D BAKER    Digitally signed by BRADLEY D BAKER
Date: 2023.04.27 13:33:53 -07'00'

Executing Officer's Signature

Bradley Baker - Special Agent / HSI

Printed Name and Title